UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br> Plaintiff, <br> v. <br> James A. Lebovitz <br> Defendant. | Case / Citation No. 5:18-PO-00201-JLT <br> DEFENDANT'S REQUEST FOR WAIVER OF APPEARANCE; ORDER |

Defendant hereby requests a Court Order waiving his/her appearance at his/her <u>trial</u> hearing, scheduled for <u>August 7, 2018</u> at <u>9:00</u> a.m. Defendant resides in <u>Fort Walton Beach, Florida</u> and it would be a financial hardship for him/her to travel to Bakersfield, California for the scheduled hearing. For this reason, it is in the interest of justice to waive his/her presence at the upcoming hearing.

Defendant hereby waives his/her presence at the <u>trial</u> hearing on <u>August 8, 2018</u> at <u>9:00</u> a.m. and requests the Court proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she was personally present. This request is made pursuant to Fed. R. Crim. P. 43(b)(2).

Dated: **30 July 2018**        *James A. Lebovitz*
                               Defendant (Signature)

Dated: **8/1/18**              *Joel*
                               Defendant's Counsel

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on _August 7_, 20_18_.

Dated: _August 2, 2018_        *Jennifer L. Thurston*
                               Jennifer L. Thurston
                               U.S. Magistrate Judge

1